This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------
No. 235  SSM 24
The People &c.,
           Appellant,
        v.
Robert L. Ingram,
           Respondent.

                 Submitted by David A. Heraty, for appellant.
                 Submitted by Sherry A. Chase, for respondent.

MEMORANDUM:

          The order of the Appellate Division should be affirmed.

          The determination as to whether police have reasonable

                              - 1 -

suspicion to justify a stop involves a mixed question of law and fact (<u>People v Woods</u>, 98 NY2d 627, 628 [2002]).  Where, as here, there exists record support for the Appellate Division's resolution of this question, the issue is beyond this Court's further review.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Chief Judge Lippman and Judges Read, Smith, Pigott, Rivera and Abdus-Salaam concur.

Decided December 16, 2014